UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | : | | |
| **Plaintiff** | : | Case No: | 1:17-cr-00421-BYP-12 |
| v. | : | | |
| **DEON GAMBLE** | : | | |
| **Defendant** | : | | |

## NOTICE OF APPEARANCE

Now comes the undersigned and hereby give notice of their appearance as counsel of record for the Defendant, Deon Gamble, in the above-captioned case.

Rocky Ratliff (#0089781)
Attorney for Defendant
200 West Center Street
Marion, OH 43302
Telephone: 740/383-6023
Facsimile: 740/383-2066
Email: attorney.ratliff@gmail.com

**CERTIFICATE OF SERVICE**

This is to certify that on the 3rd day of April, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              Rocky Ratliff (#0089781)
                                              Attorney for Defendant